```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 08411
   SHEILA ELAINE JONES
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7313

--------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 05/08/2007 and was confirmed 08/01/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was converted to chapter 7 after confirmation 04/01/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE  SECURED VEHIC    13731.03         502.70        3346.82
NISSAN MOTOR ACCEPTANCE  UNSECURED        NOT FILED           .00            .00
TIERRA GRANDE COURTS II  SECURED            156.08            .00         156.08
WELLS FARGO HOME MORTGAG CURRENT MORTG     5316.69            .00        5316.69
PIERCE & ASSOCIATES      NOTICE ONLY      NOT FILED           .00            .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE        .00             .00            .00
WELLS FARGO MORTGAGE     CURRENT MORTG     1352.55            .00        1352.55
PIERCE & ASSOCIATES      NOTICE ONLY      NOT FILED           .00            .00
CHECK INTO CASH INC      UNSECURED        NOT FILED           .00            .00
CREDIT ONE BANK          UNSECURED        NOT FILED           .00            .00
ST JAMES HOSPITAL        UNSECURED        NOT FILED           .00            .00
WELLS FARGO HOME MORTGAG NOTICE ONLY      NOT FILED           .00            .00
NISSAN MOTOR ACCEPTANCE  NOTICE ONLY      NOT FILED           .00            .00
SP MANAGEMENT INC        NOTICE ONLY      NOT FILED           .00            .00
TIERRA GRANDE COURTS II  NOTICE ONLY      NOT FILED           .00            .00
RESURGENT CAPITAL SERVIC UNSECURED          881.97            .00            .00
PETER FRANCIS GERACI     DEBTOR ATTY       500.00                            .00
TOM VAUGHN               TRUSTEE                                          745.16
DEBTOR REFUND            REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE               11,420.00

PRIORITY                                         .00
SECURED                                    10,172.14
    INTEREST                                  502.70
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          745.16

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 08411 SHEILA ELAINE JONES
```

```
DEBTOR REFUND                                                           .00
                                       ---------------       ---------------
TOTALS                                      11,420.00             11,420.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
    Dated: 07/18/08                    _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE




                         PAGE   2
         CASE NO. 07 B 08411 SHEILA ELAINE JONES